IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JUDY M. SUIT,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br><br>        Defendant. | Case No. C10-1389-MAT<br><br>ORDER |

Based upon the Stipulation between the parties it is hereby ORDERED that the scheduling order shall be amended as follows:

Plaintiff's Opening Brief shall be due by January 25, 2011;

Defendant's Responsive Brief shall be due by February 22, 2011;

Plaintiff's optional reply brief shall be due by March 8, 2011.

DATED this 21st day of December, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER [Case No. 2:10-CV-1389-MAT] - PAGE - 1

1  Presented by:
2  s/ Richard A. Baum, WSBA #8061
   Richard A. Baum, Attorney at Law, P.S.
3  119 N. Commercial St., Ste. 191
4  Bellingham, WA 98225-4458
5  Telephone: (360) 671-2296
   Fax: (360) 650-9123
6  E-mail: mcsrab@crownoffices.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER [Case No. 2:10-CV-1389-MAT] - PAGE - 2